CASES IN THE SUPREME COURT

The People
v.
Adams.

PIKE *vs.* MORRIS & JOSLIN.

A party who attends before a circuit judge or commissioner on the notice of his adversary, and succeeds in opposing the proceeding there had, is not entitled to a rule for costs.

February 7.    THE plaintiff asked for a rule against the defendant for costs for appearing before a circuit judge, opposing and resisting a motion for a commission to examine witnesses. It was objected that the statute did not give costs in such cases, and that if the plaintiff was entitled to costs, he could recover them only in his general bill, in case he succeeded in the final result of the suit.

Motion denied.